**EXHIBIT D**

Case 1:22-cv-00057-HSO-RHWR   Document 1-5   Filed 03/17/22   Page 2 of 14

3/8/22, 2:57 PM                                              LPG Law - USA Debt Relief Legal Services Firm - Call Us!

SMARTER PATH TO

# Debt Relief Legal Services

GET IN TOUCH

FEATURED IN:

3/8/22, 2:57 PM

LPG Law - USA Debt Relief Legal Services Firm - Call Us!



Case 1:22-cv-00057-HSO-RHWR   Document 1-5   Filed 03/17/22   Page 4 of 14

3/8/22, 2:57 PM                                       LPG Law - USA Debt Relief Legal Services Firm - Call Us!



WHY CHOOSE US?

# there's a dedicated team of attorneys for every legal matter.

At LPG Law, we have experienced attorneys for nearly every financial or legal matter. So, when you or your family face hardship, our team can litigate the debt, bankruptcy, or civil issue on your behalf to protect your future.

> About Our Firm

Case 1:22-cv-00057-HSO-RHWR   Document 1-5   Filed 03/17/22   Page 5 of 14

3/8/22, 2:57 PM                               LPG Law - USA Debt Relief Legal Services Firm - Call Us!

DEDICATED & OUTCOME FOCUSED

# How Can Our **Debt Relief Attorneys** Help You?

Step
1

Call for a free phone consultation.

📞 **949-229-6262**

Step
2

An experienced debt relief attorney will speak with you and evaluate your case.

Step
3

If retained, we will move forward with the initial paperwork to begin working on your case.

WE <u>**FIGHT HARD**</u> WHEN REPRESENTING YOU.

# Debt Relief is Our #1 Specialty

Our expert legal team spans across the country in our various locations from west coast to east coast with diverse backgrounds and case experience that allows us to select the right attorney for every case. Don't settle with a firm that has less resources to take on your case and have the connections, know-how and access to fight hard for you outside of court and in court when necessary.

Case 1:22-cv-00057-HSO-RHWR   Document 1-5   Filed 03/17/22   Page 7 of 14

3/8/22, 2:57 PM                                   LPG Law - USA Debt Relief Legal Services Firm - Call Us!

Has your **credit score** already been negatively impacted?

Have you been denied employment **because of your financial situtation?**

Have you been **doing everything just to pay interest** and getting behind no matter what you try?

Has your **creditor threatened** you for non payment?

Have you been **struggling to pay multiple high-interest rate credit cards** or personal loans?

Has your family been at risk **of losing your home or other assets** as a result of your financial hardship?

Were you **sent legal paperwork or a lawsuit** from your creditors for non-payment or late

Case 1:22-cv-00057-HSO-RHWR   Document 1-5   Filed 03/17/22   Page 8 of 14

3/8/22, 2:57 PM                                LPG Law - USA Debt Relief Legal Services Firm - Call Us!

Has your personal property or **car been repossessed** as a result of late payments?

If your *answer is yes* to some of these questions, you *might* have a potential legal claim.

**CONTACT US TODAY FOR A FREE CONSULTATION**

📞 **(949) 229-6262**

## our core focus

LPG started with a respected group of established attorneys and has rapidly grown across the country into new states as demand for our services has flourished due to demonstrated success for our clients. We assist people that need general legal counsel, financial advisory all the way to protecting individuals in court with our full suite of litigation services.

and wanted to put our expertise to good use helping individuals around the country protect themselves from harassment from debtors.

## our firm

OVERVIEW

OUR MISSION

OUR ATTORNEYS

PRACTICE AREAS

WHAT OUR CLIENTS SAY

FOCUSING EXCLUSIVELY ON

Case 1:22-cv-00057-HSO-RHWR   Document 1-5   Filed 03/17/22   Page 10 of 14

3/8/22, 2:57 PM                                          LPG Law - USA Debt Relief Legal Services Firm - Call Us!

# Debt Relief &
# Litigation

*Protecting the Finances of Consumers and Average Americans*

Protecting your Finances. **Get a Free Consultation.**

|   Full N | ✉ Email | ☎ Phone | Desc.. | | Get Help Now |

## WHAT WE DO

## Attorneys for **Consumers In Debt**, Civil and **Commercial** Legal Matters

Offering a way out of debt, collections harassment, legal action and financial burdens in 48 US states

Case 1:22-cv-00057-HSO-RHWR   Document 1-5   Filed 03/17/22   Page 11 of 14

3/8/22, 2:57 PM                           LPG Law - USA Debt Relief Legal Services Firm - Call Us!

- My largest **creditors** are threatening to send my case to court →

- I need help consolidating **unstructured debt** from multiple sources and credit lines →

- I need help with **civil litigation or arbitration.** →

- I am being **harassed by creditors for collections.** →

- **My credit report was damaged** and needs to be worked on by a knowledgeable lawyer. →

- I am dealing with or facing imminent **personal bankruptcy issues** and seek legal advice →

- **I have real estate** at risk from financial or legal issues →

Case 1:22-cv-00057-HSO-RHWR   Document 1-5   Filed 03/17/22   Page 12 of 14

3/8/22, 2:57 PM                                      LPG Law - USA Debt Relief Legal Services Firm - Call Us!

I need **business litigation services** for corporate issues →

# FREQUENTLY ASKED QUESTIONS

### IS THERE ANYTHING I CAN DO TO GET NEGATIVE ITEMS OFF MY CREDIT?   —

Yes. Our attorneys can get to work for you dealing with your creditors and utilizing the full extent of the law to find a resolution that is in your favor. There are many tactics from settlement to debt validation that our law firm can pursue with your creditors and their collections branches or divisions.

### MY CREDITOR WANTS TO SEND MY CASE TO COURT. SHOULD I RESPOND?   +

### HOW DOES THE PROCESS WORK TO GET STARTED? WHAT DO YOU NEED FROM   +

**DO I HAVE ANY OPTIONS TO AVOID BANKRUPTCY OR GOING TO COURT?**   +

# Get A Legal Case Evaluation

Our experts are here to answer your questions

**CONTACT US TODAY**

**ADDRESS**          **WANT TO TALK?**          **SOCIAL MEDIA**