

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
All Divisions

### ORDER TO REASSIGN CASES

IN ORDER TO equitably manage and distribute the caseload of the court in light of the appointment of United States Magistrate Judge Bradley W. Rath on July 29, 2022, pursuant to the authority of the court as set forth in Internal Rule 1 as amended [92] in 3:40-mc.11, the court finds that each of the cases listed on the attached Exhibits "A" and "B" should be and they are hereby reassigned from United States Magistrate Judge Robert H. Walker (Recalled) to United States Magistrate Judge Bradley W. Rath.

The petty-offense docket in the southern division of this district shall resume rotation as set forth in Section IX A (2) of Internal Rule 1, and the temporary amendment set forth in this court's order of October 1, 2021 [94] in 3:40-mc-11 is rescinded.

Any settings before Judge Walker in the cases listed on Exhibits A and B will remain as scheduled with regard to date, time, and place unless rescheduled and re-noticed by Judge Rath.

**SO ORDERED,** this the 1st day of August 2022.

                         s/ *Daniel P. Jordan III*
                         CHIEF UNITED STATES DISTRICT JUDGE

| Defendant | Case | Def No. |
|---|---|---|
| Chacon-Posada | 1:09-cr-00039-LG-RHWR | 1 |
| Bamidele | 1:14-cr-00033-HSO-RHWR | 19 |
| Lawani | 1:14-cr-00033-HSO-RHWR | 13 |
| Osokomaiya | 1:14-cr-00033-HSO-RHWR | 21 |
| Stephen | 1:14-cr-00033-HSO-RHWR | 20 |
| 9W Technology Co., LTD | 1:17-cr-00091-HSO-RHWR | 2 |
| Yan | 1:17-cr-00091-HSO-RHWR | 1 |
| Jackson | 1:17-mj-00010-RHWR | 1 |
| Reed | 1:19-cr-00019-TBM-RHWR | 1 |
| Moran | 1:20-cr-00045-HSO-RHWR *SEALED* | 1 |
| Kovilpillai | 1:20-cr-00086-LG-RHWR *SEALED* | 1 |
| Prassenos | 1:21-cr-00011-TBM-RHWR | 1 |
| King | 1:21-cr-00019-HSO-RHWR | 1 |
| Saranthus | 1:21-cr-00026-HSO-RHWR | 3 |
| Borrero-Chamorro | 1:21-cr-00033-TBM-RHWR | 1 |
| Thurtell | 1:21-cr-00040-LG-RHWR | 1 |
| Washington | 1:21-cr-00041-TBM-RHWR | 1 |
| Moreno-Bernal | 1:21-cr-00047-HSO-RHWR | 1 |
| Lucas | 1:21-cr-00054-LG-RHWR | 1 |
| Davis | 1:21-cr-00055-TBM-RHWR *SEALED* | 1 |
| Ball | 1:21-cr-00059-HSO-RHWR | 5 |
| Barnett | 1:21-cr-00059-HSO-RHWR | 7 |
| Copeland | 1:21-cr-00059-HSO-RHWR | 2 |
| Lane | 1:21-cr-00059-HSO-RHWR | 1 |
| Saunders | 1:21-cr-00059-HSO-RHWR | 8 |
| Cruz | 1:21-cr-00115-LG-RHWR | 1 |
| Dejesus-Sanchez | 1:21-cr-00115-LG-RHWR | 2 |
| Holland | 1:21-cr-00117-LG-RHWR | 1 |
| Snyder | 1:21-cr-00122-TBM-RHWR | 1 |
| Gillin | 1:21-cr-00137-LG-RHWR | 2 |
| Porter | 1:21-cr-00137-LG-RHWR | 1 |
| Cuevas | 1:21-cr-00145-HSO-RHWR | 1 |
| Mojica, II | 1:21-cr-00146-HSO-RHWR | 1 |
| Landor, Jr. | 1:22-cr-00003-TBM-RHWR | 1 |
| Landor, Sr. | 1:22-cr-00003-TBM-RHWR | 2 |
| Reese | 1:22-cr-00003-TBM-RHWR | 3 |
| Eason | 1:22-cr-00004-TBM-RHWR | 1 |
| Brunson | 1:22-cr-00006-TBM-RHWR | 1 |
| Jones | 1:22-cr-00012-LG-RHWR | 2 |
| Mitchell | 1:22-cr-00012-LG-RHWR | 1 |
| Becker | 1:22-cr-00013-LG-RHWR | 1 |
| Padilla | 1:22-cr-00015-TBM-RHWR | 2 |
| Ramirez | 1:22-cr-00015-TBM-RHWR | 1 |
| Collins | 1:22-cr-00017-TBM-RHWR | 1 |
| Bradstreet | 1:22-cr-00018-HSO-RHWR | 1 |

Exhibit A

| Defendant | Case | Def No. |
|---|---|---|
| Whitehead | 1:22-cr-00019-HSO-RHWR | 1 |
| Iracheta | 1:22-cr-00021-TBM-RHWR | 1 |
| Iracheta | 1:22-cr-00021-TBM-RHWR | 2 |
| Iracheta | 1:22-cr-00022-TBM-RHWR | 1 |
| Vo | 1:22-cr-00024-TBM-RHWR | 1 |
| Green | 1:22-cr-00030-TBM-RHWR | 1 |
| Crawford, Jr | 1:22-cr-00034-TBM-RHWR | 1 |
| Rainey | 1:22-cr-00036-LG-RHWR | 1 |
| Cousin | 1:22-cr-00037-HSO-RHWR | 2 |
| Crochet | 1:22-cr-00037-HSO-RHWR | 1 |
| Johnson | 1:22-cr-00038-LG-RHWR | 1 |
| McGuire | 1:22-cr-00044-LG-RHWR | 1 |
| Hansen | 1:22-cr-00045-TBM-RHWR | 3 |
| Troyer | 1:22-cr-00045-TBM-RHWR | 1 |
| Wright | 1:22-cr-00045-TBM-RHWR | 2 |
| Senseney | 1:22-cr-00049-HSO-RHWR | 1 |
| Coleman | 1:22-cr-00050-HSO-RHWR | 1 |
| Allison | 1:22-cr-00051-TBM-RHWR | 1 |
| Coronado-Rodriguez | 1:22-cr-00053-HSO-RHWR | 1 |
| Daniels | 1:22-cr-00058-LG-RHWR | 1 |
| Jones | 1:22-cr-00061-HSO-RHWR | 1 |
| Brown | 1:22-cr-00062-HSO-RHWR | 2 |
| Morgan | 1:22-cr-00062-HSO-RHWR | 1 |
| Macario-Morales | 1:22-cr-00065-LG-RHWR | 1 |
| Salgado-Ramirez | 1:22-cr-00066-TBM-RHWR | 1 |
| Melendez-Chicas | 1:22-cr-00068-TBM-RHWR | 1 |
| Iracheta | 1:22-cr-00072-TBM-RHWR | 1 |
| Reich | 1:22-cr-00073-HSO-RHWR | 1 |
| Montgomery | 1:22-cr-00074-TBM-RHWR *SEALED* | 1 |
| Magee | 1:22-cr-00076-HSO-RHWR | 1 |
| Michua-Tototzin | 1:22-cr-00079-TBM-RHWR | 1 |
| Martinez-Ruiz | 1:22-cr-00081-HSO-RHWR | 1 |
| Coello | 1:22-cr-00083-TBM-RHWR | 1 |
| Espinal | 1:22-cr-00083-TBM-RHWR | 2 |
| Romero | 1:22-cr-00083-TBM-RHWR | 3 |
| Bourgeois | 1:22-cr-00088-TBM-RHWR | 1 |
| Barahona-Reanos | 1:22-cr-00089-HSO-RHWR | 1 |
| Garcia | 1:22-cr-00091-HSO-RHWR *SEALED* | 1 |
| Sanchez | 1:22-cr-00091-HSO-RHWR *SEALED* | 2 |
| Pickens | 1:22-cr-00093-TBM-RHWR *SEALED* | 1 |
| Pickens | 1:22-cr-00093-TBM-RHWR *SEALED* | 2 |
| Robinson | 1:22-cr-00094-HSO-RHWR | 1 |
| Alvarez-Narzagaray | 1:22-cr-00095-HSO-RHWR | 1 |
| Borrero-Chamorro | 1:22-cr-00097-TBM-RHWR | 1 |
| Medina | 1:22-mj-00055-RHWR *SEALED* | 1 |

| Defendant | Case | Def No. |
|---|---|---:|
| Bolton | 1:22-mj-00062-RHWR | 1 |
| Bolton | 1:22-mj-00062-RHWR | 2 |

| Short Title | Case |
| --- | --- |
| Rigsby et al v. State Farm Fire and Casualty Company et al | 1:06-cv-00433-HSO-RHWR |
| United States of America et al v. Performance Accounts Receivable, LLC, et al | 1:16-cv-00038-HSO-RHWR |
| Underwood v. Mississippi Department of Corrections | 1:18-cv-00024-HSO-RHWR |
| United States of America et al v. The Gardens Pharmacy, LLC et al | 1:18-cv-00338-HSO-RHWR |
| Bishop Insurance Agency LLC v. Bishop Insurance Services PLLC et al | 1:18-cv-00350-DPJ-RHWR |
| VC Macon GA, LLC v. Virginia College, LLC et al | 1:18-mc-00370-LG-RHW |
| Lloyd v. Keesler Federal Credit Union | 1:19-cv-00351-HSO-RHWR |
| Dufour v. BP Exploration & Production, Inc. et al | 1:19-cv-00591-HSO-RHWR |
| R.A.N. v. City of Biloxi, Mississippi et al | 1:19-cv-00913-HSO-RHWR |
| Parolli v. Simioli et al | 1:20-cv-00170-HSO-RHWR |
| Tolliver v. Mills | 1:20-cv-00180-HSO-RHWR |
| Smith v. Cain et al | 1:20-cv-00183-HSO-RHWR |
| Crump v. Hartfield | 1:20-cv-00193-HSO-RHWR |
| Peterson v. Pearl River County, Mississippi et al | 1:20-cv-00216-HSO-RHWR |
| Baker v. Wabel et al | 1:20-cv-00230-HSO-RHWR |
| Walsh v. Jackson County et al | 1:20-cv-00236-RHWR |
| Golden Gulf Casino, Inc. v. Oscar Renda Contracting, Inc. | 1:20-cv-00240-TBM-RHWR |
| Sims v. City of Moss Point et al | 1:20-cv-00247-HSO-RHWR |
| Walker v. Perry et al | 1:20-cv-00302-HSO-RHWR |
| USAA Casualty Insurance Company v. Franklin et al | 1:20-cv-00314-LG-RHWR |
| Smith v. Power Dynamics Innovations, LLC | 1:20-cv-00345-HSO-RHWR |
| Ross v. Sullivan et al | 1:20-cv-00351-HSO-RHWR |
| Murshid v. Keys et al | 1:20-cv-00365-RHWR |
| Myers v. Fun Spot Manufacturing, LLC et al | 1:20-cv-00372-DPJ-RHWR |
| Rucker v. Mills et al | 1:21-cv-00007-RHWR |
| Cabrera Services Inc. v. APTIM Federal Services, LLC | 1:21-cv-00031-LG-RHWR |
| Newell v. BP Exploration & Production, Inc. et al | 1:21-cv-00035-LG-RHWR |
| Ray et al v. Taurus Honor Shipping Co., LTD et al | 1:21-cv-00042-LG-RHWR |
| Slate v. N & F Logistic, Inc. | 1:21-cv-00050-HSO-RHWR |
| Rollcon, LLC v. Cabrera Services Inc. | 1:21-cv-00064-LG-RHWR |
| Theologos v. Southern Home Care Services, Inc. et al | 1:21-cv-00066-HSO-RHWR |
| Jones v. McDonough | 1:21-cv-00068-HSO-RHWR |
| Morrell v. Jackson County et al | 1:21-cv-00073-RHWR |
| Ables v. United States of America et al | 1:21-cv-00092-HSO-RHWR |
| Dillon et al v. Davis et al | 1:21-cv-00109-HSO-RHWR |
| Hanshaw v. Jackson County ADC et al | 1:21-cv-00111-RHWR |
| Akins v. Ezell et al | 1:21-cv-00115-RHWR |
| Estate of Rolando Rodriguez et al v. Scott M. Favre Public Adjuster, LLC et al | 1:21-cv-00125-LG-RHWR |
| Golden v. McDonough | 1:21-cv-00129-TBM-RHWR |
| Killion v. AGM Transport, Inc. et al | 1:21-cv-00132-LG-RHWR |
| Underwood v. United States of America | 1:21-cv-00145-TBM-RHWR |
| Hafferkamp v. Commissioner of Social Security | 1:21-cv-00153-TBM-RHWR |

Exhibit B

| Short Title | Case |
|---|---|
| RPM Pizza, LLC v. Risk & Insurance Consultants, Inc. et al | 1:21-cv-00158-LG-RHWR |
| Riley v. Woerner Agribusiness, LLC et al | 1:21-cv-00185-HSO-RHWR |
| Scott v. Huntington Ingalls Incorporated | 1:21-cv-00186-TBM-RHWR |
| Moberg v. Cain | 1:21-cv-00187-LG-RHWR |
| Scott v. Jackson County Sheriff&#039;s Department et al | 1:21-cv-00189-HSO-RHWR |
| Bennett v. Allstate Insurance Company | 1:21-cv-00194-HSO-RHWR |
| Brewer v. Lil Daddy Pizza, LLC et al | 1:21-cv-00195-HSO-RHWR |
| Roley v. City of Gautier, MS et al | 1:21-cv-00196-HSO-RHWR |
| Coleman v. Navigator Credit Union | 1:21-cv-00208-HSO-RHWR |
| Batiste v. Wal-Mart Stores East, L.P. | 1:21-cv-00212-LG-RHWR |
| Parker v. City of Gulfport et al | 1:21-cv-00217-HSO-RHWR |
| Hernandez v. Transportation Consultants, Inc. et al | 1:21-cv-00238-HSO-RHWR |
| Townsel v. Williams et al | 1:21-cv-00250-HSO-RHWR |
| Hendrix et al v. Allstate Insurance Company et al | 1:21-cv-00253-HSO-RHWR |
| Burrus v. Halpern | 1:21-cv-00257-HSO-RHWR |
| Turner v. AmTrust North America, Inc. et al | 1:21-cv-00261-TBM-RHWR |
| Robinson v. LHC Group | 1:21-cv-00262-HSO-RHWR |
| Lara v. Racetrac Petroleum, Inc. et al | 1:21-cv-00268-HSO-RHWR |
| Tiblier v. BP Exploration & Production, Inc. et al | 1:21-cv-00269-LG-RHWR |
| Williams v. Mountain Laurel Assurance Company | 1:21-cv-00276-LG-RHWR |
| Lamb v. Lowes Home Centers, LLC et al | 1:21-cv-00279-TBM-RHWR |
| Smith v. VitalCore Health Strategies, LLC et al. | 1:21-cv-00281-HSO-RHWR |
| Windom v. Fortune Gulf States, LLC et al | 1:21-cv-00289-HSO-RHWR |
| Crawford v. Jackson County Adult Detention Center et al | 1:21-cv-00291-LG-RHWR |
| Taylor v. McDonough | 1:21-cv-00294-HSO-RHWR |
| Cauley v. Cauley et al | 1:21-cv-00296-HSO-RHWR |
| Karpaitis v. Mandal&#039;s, Inc. | 1:21-cv-00305-LG-RHWR |
| Brit UW Limited v. Atwood Properties, LLC | 1:21-cv-00313-HSO-RHWR |
| Pino v. Woodall et al | 1:21-cv-00316-HSO-RHWR |
| Watson et al v. Chevron U.S.A. Inc. et al | 1:21-cv-00320-HSO-RHWR |
| Miller v. Keesler Federal Credit Union | 1:21-cv-00326-HSO-RHWR |
| Ethridge v. Wal-Mart Associates, Inc. | 1:21-cv-00339-LG-RHWR |
| Ngo v. Hotel Charlie, LLC et al | 1:21-cv-00342-HSO-RHWR |
| Driver v. Wells Fargo Bank National Association et al | 1:21-cv-00343-TBM-RHWR |
| Ha et al v. State Farm Fire and Casualty Company | 1:21-cv-00348-HSO-RHWR |
| Watts v. State Farm Fire and Casualty Company | 1:21-cv-00353-HSO-RHWR |
| Sprehe v. Wal-Mart Stores East, LP | 1:21-cv-00354-LG-RHWR |
| Cain et al v. Knauf Gips KG et al | 1:21-cv-00355-HSO-RHWR |
| Christovich et al v. Knauf Gips KG et al | 1:21-cv-00356-LG-RHWR |
| Fozard et al v. Knauf Gips KG et al | 1:21-cv-00358-HSO-RHWR |
| Fussell et al v. Knauf Gips KG et al | 1:21-cv-00359-HSO-RHWR |
| Lafontaine et al v. Knauf Gips KG et al | 1:21-cv-00363-HSO-RHWR |
| Lee et al v. Knauf Gips KG et al | 1:21-cv-00364-LG-RHWR |
| Martino et al v. Knauf Gips KG et al | 1:21-cv-00366-HSO-RHWR |
| McCullar et al v. Knauf Gips KG et al | 1:21-cv-00367-HSO-RHWR |

| Short Title | Case |
|---|---|
| Tran et al v. Knauf Gips KG et al | 1:21-cv-00369-HSO-RHWR |
| Caranna v. Knauf Gips KG et al | 1:21-cv-00370-HSO-RHWR |
| Golden v. Family Dollar Stores of Mississippi, Inc. | 1:21-cv-00378-HSO-RHWR |
| Kinchen v. Ezell et al | 1:21-cv-00384-HSO-RHWR |
| Ellsberry v. Stewart et al | 1:21-cv-00385-LG-RHWR |
| Blakney v. Lowes Home Centers, LLC | 1:21-cv-00387-LG-RHWR |
| Biloxi Best, LLC v. Landmark American Insurance Company | 1:21-cv-00396-HSO-RHWR |
| Crabtree et al v. Allstate Property and Casualty Insurance Company et al | 1:21-cv-00399-TBM-RHWR |
| Polovich v. Metropolitan General Insurance Company | 1:21-cv-00400-LG-RHWR |
| Bates v. Pearl River County et al | 1:21-cv-00408-HSO-RHWR |
| Kirkland v. BP Exploration & Production, Inc. et al | 1:22-cv-00004-HSO-RHWR |
| Nkemekolam v. Lowe&#039;s Home Center, LLC | 1:22-cv-00006-LG-RHWR |
| United States of America v. Cain et al | 1:22-cv-00011-HTW-RHWR |
| Great Lakes Insurance Company, SE et al v. Conley et al | 1:22-cv-00020-HSO-RHWR |
| Carroll v. Polaris Industries, Inc. et al | 1:22-cv-00023-TBM-RHWR |
| M.K. v. Pearl River County School District et al | 1:22-cv-00025-HSO-RHWR |
| Taylor v. Internal Revenue Service et al | 1:22-cv-00027-HSO-RHWR |
| Bravo v. United States of America | 1:22-cv-00029-HSO-RHWR |
| Smith v. Pearl River County et al | 1:22-cv-00032-HSO-RHWR |
| Hickman Timber, Inc. v. John Deere Construction & Forestry Company et al | 1:22-cv-00033-TBM-RHWR |
| Lett et al v. The McClatchy Company, LLC et al | 1:22-cv-00038-HSO-RHWR |
| Ferguson v. Fairley et al | 1:22-cv-00039-LG-RHWR |
| In Re: Okorie | 1:22-cv-00040-TBM-RHWR |
| Cincinnati Global Dedicated No. 2 Limited v. 1909 E. Pass Rd., LLC | 1:22-cv-00041-HSO-RHWR |
| In the Matter of the Complaint of Weeks Marine, Inc. and Atlantic Sounding Co., Inc., as Owners and Operators of the Weeks 226, for Exoneration from or Limitation of Liability | 1:22-cv-00045-HSO-RHWR |
| Porter v. Jackson County ADC et al | 1:22-cv-00046-LG-RHWR |
| Andersen v. United States of America et al | 1:22-cv-00048-HSO-RHWR |
| Beech v. Litigation Practice Group, PC | 1:22-cv-00057-HSO-RHWR |
| Starr Indemnity & Liability Company  v. Premier Craneworks, LLC et al | 1:22-cv-00064-HSO-RHWR |
| Osburn v. Huntington Ingalls Industries | 1:22-cv-00068-HSO-RHWR |
| Durand v. Probation and Parole et al | 1:22-cv-00070-HSO-RHWR |
| Bivines v. City of Pascagoula, Mississippi et al | 1:22-cv-00072-HSO-RHWR |
| Tucei v. BP Exploration & Production, Inc. et al | 1:22-cv-00078-HSO-RHWR |
| Durr v. Emeritus Corporation | 1:22-cv-00079-HSO-RHWR |
| Garrison v. Santiesteban | 1:22-cv-00080-HSO-RHWR |
| Falcon et al v. State Farm Fire and Casualty Company | 1:22-cv-00083-HSO-RHWR |
| Wood v. Mississippi Aquarium | 1:22-cv-00087-HSO-RHWR |
| Stine v. Ladner | 1:22-cv-00089-HSO-RHWR |
| Battles v. Ezell et al | 1:22-cv-00091-HSO-RHWR |
| Lambert v. Ezell et al | 1:22-cv-00097-HSO-RHWR |

| Short Title | Case |
|---|---|
| Villere v. QBE Specialty Insurance Company | 1:22-cv-00098-LG-RHWR |
| Miley v. Cain et al | 1:22-cv-00101-HSO-RHWR |
| Hong & Men IV LLC v. Lot, Inc. et al | 1:22-cv-00106-HSO-RHWR |
| Pigage v. Hux | 1:22-cv-00107-LG-RHWR |
| Thomas v. Burrows | 1:22-cv-00108-HSO-RHWR |
| Ortiz v. Love&#039;s Travel Stops & Country Stores, Inc. | 1:22-cv-00109-TBM-RHWR |
| Hayes v. St. Joseph Hospice of Southern Mississippi, LLC et al | 1:22-cv-00114-TBM-RHWR |
| Janotta v. Buchanan | 1:22-cv-00115-HSO-RHWR |
| Anderson v. Wal-Mart Stores East, LP et al | 1:22-cv-00118-LG-RHWR |
| Bennett v. HFS of Laurel, Inc. | 1:22-cv-00122-HSO-RHWR |
| Kindinger v. Wal-Mart Stores East, LP et al | 1:22-cv-00127-LG-RHWR |
| Guthrie v. Dodson et al | 1:22-cv-00128-TBM-RHWR |
| Bullock v. Joyce Bullock Impersonator et al | 1:22-cv-00129-HSO-RHWR |
| Century Surety Company v. VJ Properties Pascagoula, LLC | 1:22-cv-00133-HSO-RHWR |
| Freeman et al v. Wells Fargo Bank, N.A. et al | 1:22-cv-00134-HSO-RHWR |
| Salacia Holdings LLC v. River Road Sand & Gravel, LLC | 1:22-cv-00136-LG-RHWR |
| Bobinger et al v. Jackson County, Mississippi et al | 1:22-cv-00140-HSO-RHWR |
| Brumfield v. Biriho et al | 1:22-cv-00141-LG-RHWR |
| Wallace v. Nix et al | 1:22-cv-00144-HSO-RHWR |
| Watson v. 3M Company et al | 1:22-cv-00145-KHJ-RHWR |
| Pitts v. Hood Industries, Inc. et al | 1:22-cv-00146-HSO-RHWR |
| United States of America v. &#036;13,600.00 U.S. Currency | 1:22-cv-00152-HSO-RHWR |
| Simpson et al v. American International Industries et al | 1:22-cv-00153-LG-RHWR |
| United States of America v. One (1) Smith & Wesson Pistol, Model SW40VE, Cal: .40, Serial No. DTJ0056 et al | 1:22-cv-00156-HSO-RHWR |
| Allstate Insurance Company v. Executive Properties Management, Inc. et al | 1:22-cv-00157-TBM-RHWR |
| Pelts v. Sensio, Inc. | 1:22-cv-00161-HSO-RHWR |
| Goodman v. Silver Slipper Casino Venture, LLC et al | 1:22-cv-00164-HSO-RHWR |
| Robinette v. Wells Fargo Bank, National Association et al | 1:22-cv-00169-TBM-RHWR |
| Mobley v. Seven D. Enterprises, Inc. et al | 1:22-cv-00172-TBM-RHWR |
| Franks v. BP Exploration & Production, Inc. et al | 1:22-cv-00175-LG-RHWR |
| Garlic v. Pearl River County, Mississippi et al | 1:22-cv-00176-HSO-RHWR |
| Rouse v. Rogers et al | 1:22-cv-00177-HSO-RHWR |
| Hale v. Galindo et al | 1:22-cv-00183-HSO-RHWR |
| Teague v. Arnold | 1:22-cv-00184-HSO-RHWR |
| Marshall v. Landstar Ranger, Inc. et al | 1:22-cv-00185-HSO-RHWR |
| Ewing v. Box et al | 1:22-cv-00188-HSO-RHWR |
| Jackson v. Doe | 1:22-cv-00189-HSO-RHWR |
| City of Gautier, Mississippi v. Belk Stores of Mississippi, LLC | 1:22-cv-00190-HSO-RHWR |
| Carl et al v. Amazon.Com, Inc. et al | 1:22-cv-00191-LG-RHWR |
| Keeton v. Moss Point School District et al | 1:22-cv-00195-HSO-RHWR |
| Glaude v. Ezell et al | 1:22-cv-00196-HSO-RHWR |
| Esters v. Cain | 2:20-cv-00170-TBM-RHWR |
| Davis v. Cynthia Terrell et al | 2:21-cv-00011-HSO-RHWR |

| Short Title | Case |
|---|---|
| Plaza Home Mortgage, Inc. v. Innovated Holdings, Inc. et al | 2:21-cv-00038-HSO-RHWR |
| Creel v. Commissioner of Social Security | 2:21-cv-00039-HSO-RHWR |
| Bryant v. Cooley et al | 2:21-cv-00051-RHWR |
| Gibson et al v. City of Hattiesburg et al | 2:21-cv-00063-HSO-RHWR |
| Francis v. Commissioner of Social Security | 2:21-cv-00066-RHWR |
| Bryant v. Bogalusa Bayou Railroad LLC/Watco | 2:21-cv-00075-HSO-RHWR |
| Moss et al v. Reagan Power & Compression, LLC et al | 2:21-cv-00078-HSO-RHWR |
| Lang v. Forrest County Adult Detention Center | 2:21-cv-00081-RHWR |
| Williamson v. Sofidel America Corp. et al | 2:21-cv-00090-HSO-RHWR |
| Wiggins et al v. Darden Restaurants, Inc. | 2:21-cv-00102-HSO-RHWR |
| Johnson v. W.E. Blain and Sons, Inc. et al | 2:21-cv-00122-HSO-RHWR |
| Bourne v. Forrest County Adult Detention Facility | 2:21-cv-00127-HSO-RHWR |
| Howard v. United States | 2:21-cv-00147-HSO-RHWR |
| Sellers v. Volkswagen AG et al | 2:21-cv-00148-HSO-RHWR |
| Latoya Boyd, Administratrix of the Estate of John E. Boyd, Deceased v. State Farm Fire and Casualty Company, et al | 2:21-cv-00160-HSO-RHWR |
| Clements v. Wells Fargo Bank, N.A. | 2:22-cv-00002-HSO-RHWR |
| Pitts v. State Farm Fire and Casualty Company et al | 2:22-cv-00006-HSO-RHWR |
| Mazingo v. Forrest General Hospital | 2:22-cv-00012-HSO-RHWR |
| White v. Holland et al | 2:22-cv-00015-HSO-RHWR |
| Pope v. State Farm Fire and Casualty Company | 2:22-cv-00016-HSO-RHWR |
| Nicholas v. Mar-Jac Poultry MS, LLC | 2:22-cv-00030-HSO-RHWR |
| Estate of Roger Rushing v. LM General Insurance Company et al | 2:22-cv-00037-HSO-RHWR |
| Barnes v. Commissioner of Social Security | 2:22-cv-00038-TBM-RHWR |
| Parker v. State Farm Fire and Casualty Company | 2:22-cv-00045-HSO-RHWR |
| Foster v. State Farm Fire and Casualty Insurance Company et al | 2:22-cv-00050-HSO-RHWR |
| Allen et al v. Best Western Collins, Inc. et al | 2:22-cv-00055-HSO-RHWR |
| Capsa Solutions LLC v. Howard Industries, Inc. | 2:22-cv-00065-HSO-RHWR |
| Sublette v. State Farm Mutual Automobile Insurance Company et al | 2:22-cv-00068-HSO-RHWR |
| Stenson v. Kim's Automotive, Inc. et al | 2:22-cv-00072-HSO-RHWR |
| Austin Price, LLC v. Tri-State Insurance Company of Minnesota et al | 2:22-cv-00079-HSO-RHWR |
| Davis v. Republic Finance, LLC et al | 2:22-cv-00080-HSO-RHWR |
| Wilson v. State Farm Fire & Casualty Company | 2:22-cv-00081-HSO-RHWR |
| Thomas v. Nationstar Mortgage, LLC | 2:22-cv-00088-HSO-RHWR |
| Broome v. State Farm Fire and Casualty Company et al | 2:22-cv-00089-HSO-RHWR |
| Robertson v. Guidry | 2:22-cv-00090-HSO-RHWR |
| Izaguirre et al v. Gilbert et al | 2:22-cv-00091-HSO-RHWR |
| Moffett v. Jones County Court System et al | 2:22-cv-00100-HSO-RHWR |
| Herrington v. Benaudt | 2:22-cv-00103-HSO-RHWR |
| Blakley v. Masonite Corporation | 2:22-cv-00105-HSO-RHWR |
| Consumer Financial Protection Bureau v. All American Check Cashing, Inc. et al | 3:16-cv-00356-DPJ-RHWR |
| Hayes v. Griffith et al | 3:18-cv-00465-DPJ-RHWR |

| Short Title | Case |
|---|---|
| Rushing v. Mississippi Department of Child Protection Services et al | 3:18-cv-00511-TSL-RHWR |
| Wilson v. United States Department of Commerce et al | 3:18-cv-00559-DPJ-RHWR |
| Greenwood v. Johnson et al | 3:19-cv-00598-HTW-RHWR |
| Pickens v. Commissioner of Social Security Administration | 3:19-cv-00895-DPJ-RHWR |
| Hicks v. State of Mississippi et al | 3:20-cv-00458-DPJ-RHWR |
| Evans v. City of Jackson, Mississipi | 3:20-cv-00533-RHWR |
| Jones v. Saul | 3:20-cv-00608-KHJ-RHWR |
| Chunn v. Commissioner of Social Security Administration | 3:20-cv-00667-KHJ-RHWR |
| Strong v. Reizer, et al | 3:20-cv-00748-DCB-RHWR |
| Holifield v. Turner | 3:20-cv-00756-HTW-RHWR |
| Flood v. Commissioner of Social Security Administration | 3:20-cv-00817-HTW-RHWR |
| Hill v. Terry et al | 3:21-cv-00438-KHJ-RHWR |
| Moore v. Portillo | 3:21-cv-00459-KHJ-RHWR |
| Butler v. Davis et al | 3:21-cv-00533-DPJ-RHWR |
| Wilson v. United States Department of Commerce et al | 3:21-cv-00599-DPJ-RHWR |
| Brown-Summers v. Social Security Administration | 3:21-cv-00699-DPJ-RHWR |
| Shepard v. State of Mississippi | 3:21-cv-00758-DPJ-RHWR |
| Barnes v. Jackson Municipal Airport Authority et al | 3:21-cv-00760-KHJ-RHWR |
| Boler v. M.D.O.C. et al | 3:21-cv-00826-KHJ-RHWR |
| Metten v. Commissioner of Social Security | 3:22-cv-00038-RHWR |
| Chamber v. Mississippi Department of Corrections | 3:22-cv-00075-KHJ-RHWR |
| Cannady v. Huffman | 3:22-cv-00130-KHJ-RHWR |
| Ethridge v. Commissioner of Social Security | 3:22-cv-00198-KHJ-RHWR |
| Spears v. Huffman | 3:22-cv-00201-TSL-RHWR |
| Chamber v. Circuit Court of Hinds County, Mississippi | 3:22-cv-00210-HTW-RHWR |
| Tyner v. Cain et al | 3:22-cv-00257-KHJ-RHWR |
| McKinney v. Resindez et al | 3:22-cv-00298-KHJ-RHWR |
| Roberts v. East Mississippi Correctional Facility et al | 3:22-cv-00334-TSL-RHWR |
| White v. Commissioner of Social Security | 3:22-cv-00385-DPJ-RHWR |
| Havard v. Epps et al | 5:08-cv-00275-KS-RHWR |
| Myers v. Blue Cross & Blue Shield of Mississippi, A Mutual Insurance Company | 5:18-cv-00081-DPJ-RHWR |
| Triumph Church of God in Christ v. Church Mutual Insurance Company | 5:21-cv-00006-KS-RHWR |
| Stuckey v. C.R. England, Inc. | 5:21-cv-00027-DCB-RHWR |
| Patrick v. Pike County Jail et al | 5:21-cv-00031-RHWR |
| Noworyta v. Pike County Jail et al | 5:21-cv-00033-RHWR |
| Carr et al v. Sanderson Farms, Inc. et al | 5:21-cv-00035-KS-RHWR |
| Davis v. Cain et al | 5:21-cv-00043-DCB-RHWR |
| Huskey v. Bonner et al | 5:21-cv-00054-KS-RHWR |
| Ahmed et al v. City of Natchez, MS et al | 5:21-cv-00058-DCB-RHWR |
| Reed v. State Farm Fire and Casualty Insurance Company et al | 5:21-cv-00059-DCB-RHWR |
| Blackmon et al v. Adams County, MS et al | 5:21-cv-00062-KS-RHWR |
| Holloway v. Middlebrooks et al | 5:21-cv-00063-KS-RHWR |

| Short Title | Case |
|---|---|
| Smith v. Middlebrooks et al | 5:21-cv-00069-DCB-RHWR |
| Cain v. Wal-Mart Stores East, LP et al | 5:21-cv-00080-KS-RHWR |
| Equal Employment Opportunity Commission v. Sanderson Farms, Inc. et al | 5:21-cv-00084-KS-RHWR |
| Wheat v. The Michaels Organization LLC et al | 5:21-cv-00088-DCB-RHWR |
| Green v. Walmart, Inc. et al | 5:21-cv-00094-DCB-RHWR |
| Smith v. Nationwide Agribusiness Insurance Company et al | 5:21-cv-00095-DCB-RHWR |
| Williams, Jr. v. Management and Training Corporation, et al. | 5:21-cv-00099-RHWR |
| Lee v. Rose et al | 5:21-cv-00103-DCB-RHWR |
| Robert Chapman Williamson, P.A. v. Townsley et al | 5:21-cv-00104-KS-RHWR |
| Jones v. Entergy Marketing Services, Inc. et al | 5:21-cv-00105-KS-RHWR |
| Spencer v. Mayor et al | 5:22-cv-00003-KS-RHWR |
| Ball v. Management & Training Corporation et al | 5:22-cv-00004-KS-RHWR |
| McCarroll v. Dolgencorp LLC et al | 5:22-cv-00010-DCB-RHWR |
| American Contractors Indemnity Company v. Clifton Rankin Construction, LLC et al | 5:22-cv-00012-DCB-RHWR |
| Crumb v. Walmart Inc. et al | 5:22-cv-00014-KS-RHWR |
| Dawson v. Brumfield et al | 5:22-cv-00022-DCB-RHWR |
| Riverbend Environmental Services, LLC v. Crum & Forster Specialty Insurance Company | 5:22-cv-00031-DCB-RHWR |
| Adams v. Family Dollar Stores of Mississippi, LLC et al | 5:22-cv-00035-DCB-RHWR |
| Smith v. Vannoy et al | 5:22-cv-00036-DCB-RHWR |
| Evans v. Evans | 5:22-cv-00037-DCB-RHWR |
| Arrington v. State Farm Fire & Casualty Company et al | 5:22-cv-00039-DCB-RHWR |
| Wilson v. M.T.C. | 5:22-cv-00042-DCB-RHWR |
| Peyton v. Vannoy et al | 5:22-cv-00044-DCB-RHWR |
| McGowan v. Capt. Green et al | 5:22-cv-00045-KS-RHWR |
| Williams v. AL-Van, LLC et al | 5:22-cv-00048-DCB-RHWR |
| Lofton v. Franklin County Mississippi et al | 5:22-cv-00052-DCB-RHWR |
| Bland v. Internal Revenue Service | 5:22-cv-00053-KS-RHWR |
| Oby v. John Doe | 5:22-cv-00054-DCB-RHWR |
| Nunnery v. USNR, LLC et al | 5:22-cv-00056-DCB-RHWR |
| Milton et al v. Lenoir et al | 5:22-cv-00058-DCB-RHWR |
| Wright v. Magnolia Healthcare, Inc. | 5:22-cv-00064-DCB-RHWR |