## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| Carolyn Beech, | ) | Case No.: 1:22-cv-00057-HSO-BWR |
| | ) | |
| Plaintiff, | ) | Judge: Halil S. Ozerden |
| | ) | |
| vs. | ) | Magistrate Judge: Bradley W. Rath |
| | ) | |
| The Litigation Practice Group, PC, | ) | |
| | ) | |
| Defendant. | ) | |

**FIRST STIPULATED EXTENSION FOR DEFENDANT'S DISCOVERY RESPONSES**

The Parties hereby stipulate and agree that Defendant The Litigation Practice Group shall have until August 23, 2022 to respond to Plaintiff's First Discovery Requests, initially served on June 23, 2022.

Respectfully Submitted,

*/s/ Jason Graebar*
_____
Jason Graebar
250 Beauvoir Road, Suite 4C
Biloxi, MS 39501
(228) 207-7117
E-mail: jason@jasongraeberlaw.com
*Attorney for Plaintiff*

*/s/ Matthew T. Anderson*
_____
Matthew T. Anderson
1160 Dublin Road, Suite 400
Columbus, OH 43215
614-229-4473
E-mail: manderson@lnlattorneys.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Plaintiff's counsel of record.

*/s/ Matthew T. Anderson*

Matthew T. Anderson