# Exhibit 1

Emailed dated August 24, 2022 to Judge Ball's chambers

# Jason

| | |
|---|---|
| **From:** | Jason <Jason@JasonGraeberLaw.com> |
| **Sent:** | Wednesday, August 24, 2022 3:23 PM |
| **To:** | 'ball_chambers@mssd.uscourts.gov' |
| **Cc:** | 'Dan Edelman'; 'Matthew T. Anderson'; 'Christopher Pettit'; 'Kyle Anderson'; 'Tara Goodwin'; 'Carly Roman'; 'Rebecca J. Mansell' |
| **Subject:** | FW: Activity in Case 1:22-cv-00057-HSO-BWR Beech v. Litigation Practice Group, PC Set/Reset Hearings |

Judge Ball,

Thank you for offering us your time. We appreciate your willingness to schedule a mediation.

I spoke with counsel opposite today about the upcoming mediation (9.8.22). Unfortunately, we both feel it would not be productive.

To avoid wasting the Court's time, I request the mediation be cancelled.

Is that acceptable?

Thank you,

Jason Graeber

**From:** cmecfhelpdesk@mssd.uscourts.gov [mailto:cmecfhelpdesk@mssd.uscourts.gov]
**Sent:** Thursday, August 18, 2022 10:55 AM
**To:** Courtmail@mssd.uscourts.gov
**Subject:** Activity in Case 1:22-cv-00057-HSO-BWR Beech v. Litigation Practice Group, PC Set/Reset Hearings

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 8/18/2022 at 10:54 AM CDT and filed on 8/18/2022
**Case Name:**     Beech v. Litigation Practice Group, PC
**Case Number:**   1:22-cv-00057-HSO-BWR

1

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Set Hearing: Settlement Conference set for 9/8/2022 09:00 AM in Chambers 5.150 (Jackson) Ball before Magistrate Judge F. Keith Ball. Seven (7) days before the settlement conference, the parties must submit via e-mail to ball_chambers@mssd.uscourts.gov an updated CONFIDENTIAL SETTLEMENT MEMORANDUM. All parties, including a person with full settlement authority, are required to be present at the conference unless excused by the Court. If a party believes the scheduled settlement conference would not be productive and should be cancelled, the party is directed to inform the Court via e-mail of the grounds for their belief at least seven (7) days prior to the conference. (JEJ)**

**1:22-cv-00057-HSO-BWR Notice has been electronically mailed to:**

Christopher R. Pettit - PHV    cpettit@lnlattorneys.com

Daniel A. Edelman - PHV    dedelman@edcombs.com, courtecl@edcombs.com

Jason E. Graeber    jason@jasongraeberlaw.com, foxie@jasongraeberlaw.com

Kyle T. Anderson - PHV    kanderson@lnlattorneys.com

Matthew T. Anderson - PHV    manderson@lnlattorneys.com

Rebecca Mansell    rmansell@rolfeshenry.com

**1:22-cv-00057-HSO-BWR Notice has been delivered by other means to:**

2