**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| Carolyn Beech, on behalf of herself and the class members described below, | ) Case No.: 1:22-cv-00057-HSO-BWR |
| Plaintiff, | ) Judge: Halil S. Ozerden |
| vs. | ) Magistrate Judge: Bradley W. Rath |
| The Litigation Practice Group, PC, | ) |
| Defendant. | ) |

**NOTICE OF SERVICE OF PRIVILEGE LOG**

Notice is hereby given that Defendant, The Litigation Practice Group, PC, has served its *Privilege Log* upon Plaintiff.

Respectfully submitted,

*/s/ Rebecca J. Mansell*

Rebecca J. Mansell, Esq. (MSB 9778)
Rolfes Henry Co., LPA
2113 Government Street, Suite H-2
Ocean Springs, Mississippi 39564
Telephone: (228) 207-1366
Facsimile: (513) 579-0080
Email:  rmansell@rolfeshenry.com
             lmoore@rolfeshenry.com

*and*

2

        **LUPER NEIDENTHAL & LOGAN**
        A Legal Professional Association

        */s/ Matthew T. Anderson*
        _____

        Christopher R. Pettit, PHV
        (OH B#: 0065694)
        Matthew T. Anderson, PHV
        (OH B#: 0082730)
        Kyle T. Anderson, PHV
        (OH B#: 0097806)
        1160 Dublin Road, Suite 400
        Columbus, Ohio 43215-1052
        (614) 221-7663 Fax: (866) 345-4948
        Email: cpettit@LNLattorneys.com
        Email: manderson@LNLattorneys.com
        Email: kanderson@LNLattorneys.com

        *Attorneys for Defendant, The Litigation Practice Group PC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing Notice has been filed via the Court's electronic filing system on this 4th day of January 2023.  Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the Court's electronic filing system.

      */s/ Rebecca J. Mansell*

      Rebecca J. Mansell, Esq. (MSB 9778)
      *Attorney for Defendant*