AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

**RETURN**

CAROLYN BEECH,
on behalf of herself and the class members
described in the Complaint,

*Plaintiff(s)*

THE LITIGATION PRACTICE GROUP, PC;
TONY M. DIAB; DANIEL MARSH; VALIDATION
PARTNERS, LLC; RUSS SQUIRES; WES THOMAS;
VULCAN CONSULTING GROUP LLC; JAYDE
TRINH; OAKSTONE LAW GROUP PC;

*Defendant(s)*

Civil Action No. 1:22cv57-HSO-BWR

## Alias SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Russ Squires
518 Amherst Dr.
Burbank, CA 91504-4022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason Graeber, 250 Beauvoir Road, Suite 4C, Biloxi, Mississippi 39531
Daniel A. Edelman, 20 S Clark St. Ste. 1500, Chicago, IL 60603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Amended complaint.
You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 5-3-23

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1-22-CV-57-HSO-BWR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>RUSS SQUIRES</u> was received by me on *(date)* <u>5/4/23</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons and complaint at the individual's residence or usual place of abode with *(name)* <u>TYLER SQUIRES/SON/CO-TENANT/WHITE/M/24/5'8/177 LBS /BROWN HAIR</u> , a person of suitable age and discretion who resides there, on *(date)* <u>Mon, May 08 2023</u> , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 05/11/2023

*Server's signature*

CA PROCESS SERVICE CARLOS ABREGO Los Angeles County Registration #6456

*Printed name and title*

14800 Rinaldi St. #24, Mission Hills, CA 91345

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 8, 2023, 10:45 am PDT at 518 AMHERST DR, BURBANK, CA 91504-4022 received by TYLER SQUIRES/SON/CO-TENANT/WHITE/M/24/5'8/177 LBS /BROWN HAIR.