IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CAROLYN BEECH                                                                                      PLAINTIFF

v.                                                              CASE NUMBER 1:22-cv-057 HSO-BWR

THE LITIGATION PRACTICE GROUP, PC;
TONY M. DIAB; DANIEL MARCH;
VALIDATION PARTNERS, LLC;
RUSS SQUIRES; WES THOMAS; VULCAN
CONSULTING GROUP, LLC; JAYDE TRINH;
AND OASKSTONE LAW GROUP, PC                                             DEFENDANTS

## CLERK'S ENTRY OF DEFAULT

PURSUANT TO Rule 55 (a) of the Federal Rules of Civil Procedure, I hereby certify that defendants Validation Partners, LLC, Oakstone Law Group, PC, Wes Thomas, and Russ Squires are in default for their failure to answer or otherwise defend this action, as reflected in the records of this office.

SO ENTERED this the 8th day of June 2023.

                                           ARTHUR JOHNSTON, CLERK
                                           UNITED STATES DISTRICT COURT
                                           SOUTHERN DISTRICT OF MISSISSIPPI



By: _____, Clerk