# EXHIBIT A

## CERTIFICATION OF DEFENDANTS

The undersigned Defendants acknowledge and certify that they have reviewed the Motion for Withdrawal of Counsel and that they agree that attorneys Rebecca Mansell, Matthew Anderson, Christopher Pettit, and Kyle Anderson shall be permitted to withdraw as counsel of record in this matter.

_____
Tony M. Diab
20101 SW Cypress St.
Newport Beach, CA 92660-0713
E-mail: Tony@validationllc.com
Phone: (620) 474-0301

_____
Jayde Trinh
2128 W. Cherry Drive
Orange, CA 92868-1927
Phone: (949) 401-0980

_____
Daniel S. March
17291 Irvine Blvd, Suite 101
Tustin, CA 92780-2966
Phone: (949) 491-2159

_____
Vulcan Consulting Group, LLC
By Lisa Cohen
8 Almanzora
Newport Coast, CA

## CERTIFICATION OF DEFENDANTS

The undersigned Defendants acknowledge and certify that they have reviewed the Motion for Withdrawal of Counsel and that they agree that attorneys Rebecca Mansell, Matthew Anderson, Christopher Pettit, and Kyle Anderson shall be permitted to withdraw as counsel of record in this matter.

Tony M. Diab
20101 SW Cypress St.
Newport Beach, CA 92660-0713
E-mail: Tony@validationllc.com
Phone: (620) 474-0301

Daniel S. March
17291 Irvine Blvd, Suite 101
Tustin, CA 92780-2966
Phone: (949) 491-2159

Jayde Trinh
2128 W. Cherry Drive
Orange, CA 92868-1927
Phone: (949) 401-0980

Vulcan Consulting Group, LLC
By Lisa Cohen
8 Almanzora
Newport Coast, CA

## CERTIFICATION OF DEFENDANTS

The undersigned Defendants acknowledge and certify that they have reviewed the Motion for Withdrawal of Counsel and that they agree that attorneys Rebecca Mansell, Matthew Anderson, Christopher Pettit, and Kyle Anderson shall be permitted to withdraw as counsel of record in this matter.

Tony M. Diab
20101 SW Cypress St.
Newport Beach, CA 92660-0713
E-mail: Tony@validationllc.com
Phone: (620) 474-0301

Jayde Trinh (Jun 29, 2023 15:58 EDT)
Jayde Trinh
2128 W. Cherry Drive
Orange, CA 92868-1927
Phone: (949) 401-0980

Daniel S. March
17291 Irvine Blvd, Suite 101
Tustin, CA 92780-2966
Phone: (949) 491-2159

Vulcan Consulting Group, LLC
By Lisa Cohen
8 Almanzora
Newport Coast, CA