IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| Carolyn Beech, on behalf of herself and the class members described below, | Case No.: 1:22-cv-00057-HSO-BWR |
| Plaintiff, | Judge: Halil S. Ozerden |
| vs. | Magistrate Judge: Bradley W. Rath |
| The Litigation Practice Group, PC, *et al.*, | |
| Defendants. | |

## ORDER AND ENTRY

The above-captioned case is before the Court on the Motion for Withdrawal of Counsel filed by attorneys Rebecca Mansell, Matthew Anderson, Christopher Pettit, and Kyle Anderson, current counsel of record for Defendants The Litigation Practice Group PC ("LPG"), Jayde Trinh, Vulcan Consulting Group ("Vulcan"), Tony Diab, and Daniel March.

For the reasons set forth in the Motion and for good cause shown, the Motion for Withdrawal of Counsel is hereby GRANTED.

Attorneys Rebecca Mansell, Matthew Anderson, Christopher Pettit, and Kyle Anderson, and their respective law firms of Rolfes Henry and Luper Neidenthal & Logan are hereby withdrawn and are no longer counsel of record in this action.

**IT IS SO ORDERED.**

_____
Judge Halil S. Ozerden