# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| CAROLYN BEECH, | ) | |
| on behalf of herself and the | ) | |
| class members described below, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:22cv57HS0-BWR |
| | ) | |
| THE LITIGATION PRACTICE | ) | Judge Halil S. Ozerden |
| GROUP, PC; | ) | |
| TONY M. DIAB; | ) | Magistrate Judge Bradley W. Rath |
| DANIEL MARCH; | ) | |
| VALIDATION PARTNERS, LLC; | ) | |
| RUSS SQUIRES; | ) | |
| WES THOMAS; | ) | |
| VULCAN CONSULTING GROUP LLC; | ) | |
| JAYDE TRINH; | ) | |
| OAKSTONE LAW GROUP PC; | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF DISCOVERY

TO: TONY M. DIAB; DANIEL MARCH; VALIDATION PARTNERS, LLC; RUSS SQUIRES; WES THOMAS; VULCAN CONSULTING GROUP LLC; JAYDE TRINH; and OAKSTONE LAW GROUP PC:

Notice is hereby given that Plaintiff has this date served in the above entitled action the following discovery:

1. **PLAINTIFF'S FIRST DISCOVERY REQUESTS TO TONY M. DIAB; DANIEL MARCH; VALIDATION PARTNERS, LLC; RUSS SQUIRES; WES THOMAS; VULCAN CONSULTING GROUP LLC; JAYDE TRINH; AND OAKSTONE LAW GROUP PC.**
This the 31st day of July 2023.

Respectfully submitted,

*/s/Jason Graeber.*
Jason Graeber Attorney for Plaintiff

250 Beauvoir Road, Suite 4C
Biloxi, Mississippi 39531
Telephone: (228) 207-7117
Facsimile: (228) 207-8634
MSB No.: 101267
jason@jasongraeberlaw.com

**CERTIFICATE OF SERVICE**

    I, Jason Graeber, attorney for the Plaintiff, do hereby certify that I electronically filed a notice of discovery with the Court via the ECF system, which provides notification of said filing to all counsel of record.

                                                 */s/Jason Graeber     .*
                                                 Jason Graeber

Dated, this 31st day of July 2023.