IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| CAROLYN BEECH, | ) |
| Plaintiff, | ) |
| vs. | ) 1:22cv57-HSO-BWR |
| THE LITIGATION PRACTICE GROUP, PC; TONY M. DIAB; DANIEL MARSH; VALIDATION PARTNERS, LLC; RUSS SQUIRES; WES THOMAS; VULCAN CONSULTING GROUP LLC; JAYDE TRINH; OAKSTONE LAW GROUP PC, | ) |
| Defendants. | ) |

**MOTION TO ENFORCE SETTLEMENT BY ENTRY OF JUDGMENT**

Plaintiff Carolyn Beech, through its undersigned attorney, respectfully asks this Court to enforce the settlement reached between the parties by entering a judgment in the amount of $9,000.00 against Defendants Tony Diab, Vulcan Consulting Group, LLC, Validation Partners, LLC, Wes Thomas, Jayde Trinh, Daniel S. March.

In support of this motion, plaintiff states as follows:

1. Plaintiff brought this action against The Litigation Practice Group, P.C. (LPG) on March 17, 2022.

2. LPG filed for bankruptcy on March 20, 2023.

3. Plaintiff filed an amended complaint against Tony Diab, Vulcan Consulting Group, LLC, Validation Partners, LLC, Wes Thomas, Jayde Trinh, Daniel S. March on April 21, 2023.

4. On July 4, 2024, Plaintiff agreed to settle the case for $9,000.00. The attached email from Mr. Diab states he is willing to pay this amount for all defendants. <u>Exhibit A</u>.

5. As of the filing of this motion, plaintiff's counsel has not received any money despite numerous attempts to finalize the settlement.

WHEREFORE, Plaintiff, through her undersigned attorney, respectfully asks this Court to enforce the settlement reached between the parties by entering a judgment in the amount of $9,000.00 against the Defendants.

Respectfully submitted,

*/s/ Jason Graeber*
Jason Graeber

Jason Graeber
250 Beauvoir Road, Suite 4C
Biloxi, MS 39501
(228) 207-7117
jason@jasongraeberlaw.com

## CERTIFICATE OF SERVICE

Jason Graeber certifies that on December 27, 2024, this document was filed by ECF, causing a copy to be sent to all counsel of record.

In addition, copies were mailed to:

Tony M. Diab
20101 SW Cypress St.
Newport Beach, CA 92660

Daniel March
17291 Irvine Blvd., Suite 101
Tustin, CA 92780-2966

Jayde Trinh
2128 W. Cherry Drive
Orange, CA 92868-1927

*/s/ Jason Graeber*
Jason Graeber