## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

CAROLYN BEECH, )
)
        Plaintiff, )
)
        vs. )        1:22cv57-HSO-BWR
)
THE LITIGATION PRACTICE )
GROUP, PC; )
TONY M. DIAB; )
DANIEL MARSH; )
VALIDATION PARTNERS, LLC; )
RUSS SQUIRES; )
WES THOMAS; )
VULCAN CONSULTING GROUP LLC; )
JAYDE TRINH; )
OAKSTONE LAW GROUP PC, )
)
        Defendants. )

### JOINT STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Carolyn Beech and the Defendant, Vulcan Consulting Group,

LLC, and file this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure. This joint stipulation of dismissal is with prejudice.

This the **6**th day of January 2025.

/s/ Jason Graeber
Jason Graeber, For the Plaintiff
250 Beauvoir Road, Suite 4C
Biloxi, MS 39501
(228) 207-7117
jason@jasongraeberlaw.com

Vulcan Consulting Group, LLC

By: Tony Diab
Its: Manager

## CERTIFICATE OF SERVICE

I, Jason Graeber, attorney for the Plaintiff, do hereby certify that I electronically filed a Joint Stipulation of Dismissal with the Court via the ECF system, which provides notification of said filing to all counsel of record.


/s/Jason Graeber___.
Jason Graeber



Dated, this the 7th day of January 2025.