

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CAROLYN BEECH, )
 )
    Plaintiff, )
 )
vs. ) 1:22cv57-HSO-BWR
 )
THE LITIGATION PRACTICE )
GROUP, PC; )
TONY M. DIAB; )
DANIEL MARCH; )
VALIDATION PARTNERS, )
LLC; RUSS SQUIRES; )
WES THOMAS; )
VULCAN CONSULTING GROUP LLC; )
JAYDE TRINH; )
OAKSTONE LAW GROUP PC, )
 )
    Defendants. )

## AGREED JUDGMENT

Came on for consideration, *ore tenus*, Plaintiff's Amended Complaint, and with Defendants, Tony M. Diab and Daniel March, agreeing to resolve this matter without admitting liability for the allegations or causes of action contained therein, and Defendants having been properly served with the summons and complaint and not being an infant or an unrepresented incompetent person and having agreed to the Judgment, this Court finds it has complete jurisdiction of the subject matters and of the parties and finds that the Plaintiff is entitled to recover a judgment from the Defendants, Tony M. Diab and Daniel March, jointly and severally, in the total sum of $9,000.00.

SO ORDERED AND ADJUDGED, this __8th__ day of January 2025.

                                            District Court Judge

Agreed:

*Jason Graeber*, For the Plaintiff
250 Beauvoir Road, Suite 4C
Biloxi, MS 39501
(228) 207-7117
jason@jasongraeberlaw.com

Tony M. Diab
tony@validationllc.com

Daniel March
marchlawoffice@gmail.com