IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CAROLYN BEECH, )
)
Plaintiff, )
)
vs. ) 1:22cv57-HSO-BWR
)
THE LITIGATION PRACTICE )
GROUP, PC; )
TONY M. DIAB; )
DANIEL MARSH; )
VALIDATION PARTNERS, LLC; )
RUSS SQUIRES; )
WES THOMAS; )
VULCAN CONSULTING GROUP LLC; )
JAYDE TRINH; )
OAKSTONE LAW GROUP PC, )
)
Defendants. )

## JOINT STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Carolyn Beech and the Defendant, Jayde Trinh, and file this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This joint stipulation of dismissal is with prejudice.

This the 8th day of January 2025.

/s/ Jason Graeber
Jason Graeber, For the Plaintiff
250 Beauvoir Road, Suite 4C
Biloxi, MS 39501
(228) 207-7117
jason@jasongraeberlaw.com

Jayde Trinh
pnmtrinh@gmail.com