IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CAROLYN BEECH | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:22cv57-HSO-BWR |
| | § | |
| LITIGATION PRACTICE GROUP, | § | |
| PC, TONY M DIAB, DANIEL | § | |
| MARSH, VALIDATION | § | |
| PARTNERS, LLC, RUSS SQUIRES, | § | |
| WES THOMAS, VULCAN | § | |
| CONSULTING GROUP, LLC, | § | |
| JAYDE TRINH, and OAKSTONE | § | |
| LAW GROUP, PC | § | DEFENDANTS |

## FINAL JUDGMENT

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed as to all parties.

**SO ORDERED** this the 10th day of January, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE